1 | WILLIAM J. COOK (Bar No. 986194)
wcook@barkerrodemsandcook.com
2 | BARKER, RODEMS & COOK, P.A.
400 North Ashley Drive, Suite 2100
3 | Tampa, FL 33602
Telephone: (813) 489-1001
4 | Facsimile: (813) 489-1008

5 | PAUL L. GALE (Bar No. 65873)
pgale@SYCR.com
6 | STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
7 | 660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441
8 | Telephone: (949) 725-4000
Facsimile: (949) 725-4100
9 |
10 | Attorneys for Plaintiffs MIKE HAINSWORTH and
TERRIE HAINSWORTH

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIKE HAINSWORTH and TERRIE HAINSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSKI INTERNATIONAL, INC., and ROBERT MONTGOMERY,<br><br>Defendants. | Case No. CV 05-7338-SVW (SSx)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

DOCKETED ON CM
OCT 4 2006
BY ____ 021

44

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION TO DISMISS WITH PREJUDICE

DOCSOC/1190987v1/014868-0001

| | |
|---|---|
| 1 | It is hereby stipulated, by and between the parties hereto, through their respective counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the complaint in this matter is hereby dismissed with prejudice. |

DATED: September 29, 2006     PAUL L. GALE
                                                        STRADLING YOCCA CARLSON & RAUTH
                                                        A Professional Corporation

                                                        By: /s/ Paul L. Gale
                                                        Paul L. Gale
                                                        Attorneys For Settling Parties
                                                        MIKE HAINSWORTH and TERRIE HAINSWORTH

DATED: September 27, 2006     JASON A. DAVIS
                                                        TRUTANICH MICHEL, LLP

                                                        By: /s/ Jason A. Davis
                                                        Jason A. Davis
                                                        Attorneys For Cross-Complainants
                                                        POWERSKI INTERNATIONAL and
                                                        ROBERT MONTGOMERY

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION TO DISMISS WITH PREJUDICE

DOCSCC/1190987v1/014868-0001